UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60892-CIV-ZLOCH

LYNETTE JACKSON,

    Plaintiff,                  **DEFAULT FINAL JUDGMENT**
                                 **Re: LIABILITY AS TO DEFENDANT**
vs.                                  **SPECTRUM PROGRAMS, INC.**

SPECTRUM PROGRAMS, INC.,

    Defendants.
_____/

    THIS MATTER is before the Court upon Plaintiff Lynette Jackson's Motion For Final Judgment (DE 12), which the Court construes as a Motion For Final Judgment By Default. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Plaintiff initiated the above-styled cause with the filing of her Complaint (DE 1) on June 11, 2008. After timely service of process on Defendant and its failure to timely respond, Default was entered against it (DE 9). Plaintiff now moves for Default Final Judgment.

    The well-pleaded allegations made in Plaintiff's Complaint (DE 1) are deemed admitted by Defendant by virtue of the default entered against it. Cotton v. Mass. Mut. Life Ins. Co., 402 F.3d 1267, 1277-78 (11th Cir. 2005) (citations omitted). Thus, the allegations Defendant admits by its default are that it employed Plaintiff in interstate commerce and failed to pay her overtime wages as required by law. By the instant Motion (DE 12), Plaintiff

seeks to recover unpaid overtime wages at $15.00 per hour for two hundred and fifty (250) hours of unpaid work. However, Plaintiff's Motion is wholly deficient as to support for these hours and hourly rates. There is no indication of what week or weeks Plaintiff worked and what, if any, agreement she had with Defendant. The only Affidavit attached to the Motion is one by Plaintiff's attorney to support a claim for attorney's fees. The Court notes that this Affidavit does not meet the requirements of Local Rule 7.3.A of the Southern District of Florida.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Court has jurisdiction over the Parties hereto and the subject matter herein;

2. Plaintiff Lynette Jackson's Motion For Final Judgment (DE 10), which the Court construes as a Motion For Final Judgment By Default be and the same is hereby **GRANTED** as to liability only;

3. Pursuant to Federal Rules of Civil Procedure 55 and 58, Default Final Judgment Re: Liability be and the same is hereby **ENTERED** in favor of Plaintiff Lynette Jackson and against Defendant Spectrum Programs, Inc.;

4. By noon on Tuesday, July 29, 2008, Plaintiff shall file a motion for final judgment as to damages against said Defendant, which is supported by Exhibits and Affidavits and a proposed Default Final Judgment; and

2

5. Any request for attorney's fees, whether contained in the Motion called for by paragraph 4 of this Order or by separate Motion, shall conform to the dictates of Local Rule 7.3.A of the Southern District of Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___28th___ day of July, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record